UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  3:14-cr-0035-RLY-CMM |
| | ) | |
| LARRY TOMLINSON, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On July 6, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 27, 2022.  Defendant Tomlinson appeared in person with his appointed counsel Gwendolyn Beitz.  The government appeared by Kendra Klump, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Tomlinson of his rights and provided him with a copy of the petition.  Defendant Tomlinson orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Tomlinson admitted violation numbers 1, 3, 4, and 5. [Docket No. 63.]   Government orally moved to withdraw the remaining violation, which motion was granted by the Court; violation number 2 dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."** |
| | On June 13, 2022, Mr. Tomlinson provided urine sample which tested positive for cocaine, amphetamines, and cannabinoids. On June 24, 2022, Mr. Tomlinson admitted to this officer he took some "speed". He indicated speed is marijuana laced with cocaine. He also said he "might have" taken some pills but was unsure why he tested positive for amphetamines. |
| | As previously reported to the Court, Mr. Tomlinson tested positive for aphetamines and cannabinoids on January 14, 2022. |
| 3 | **"You shall reside at a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility."** |
| | On June 16, 2022, Mr. Tomlinson arrived at the VOA in Evansville. On June 25, 2022, this officer received a report from the VOA which noted Mr. Tomlinson admitted to VOA staff he was "high". A lighter and glass pipe with black residue were found in Mr. Tomlinson's possession. Mr. Tomlinson was expelled from the VOA. |
| 4 | **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."** |
| | Mr. Tomlinson missed scheduled drug screens on May 2 and 19, and June 7, 2022. |
| | As previously reported to the Court, Mr. Tomlinson also missed drug screens on March 23 and 31, and April 13 and 19, 2022. |
| 5 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."** |

        As previously reported to the Court, Mr. Tomlinson failed to report for substance abuse treatment on February 22 and April 13, 2022. On April 22, 2022, this noncompliance was addressed with Mr. Tomlinson and his indicated he did not feel he was suited for virtual treatment and agreed to in-person mental health treatment to address his additional needs.

4.     The parties stipulated that:

    (a)     The highest grade of violation is a Grade B violation.

    (b)     Defendant's criminal history category is IV.

    (c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5.     The parties jointly recommended a sentence of twelve (12) months and one (1) day with no supervised release to follow. Defendant requested placement at a facility closest to Indianapolis, Indiana at the lowest possible security level.

    The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) and one (1) day with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a facility closest to Indianapolis, Indiana at the lowest possible security level. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/8/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system